FILED _____ ENTERED
_____ LOGGED _____ RECEIVED
FEB 24 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

I'm writing the courts today because I was sentenced under 841(b)(1)(B)(i) criminal case No. ELH-14-0187. I would like to know if I'm eligible for any relief under the first step act and/or 404 sections of that act, or any sentence reduction. I also had this sentence run concurrent to my term of incarceration in criminal case number MD013015J/12K11000980, and back dated to the time I started that sentence. I am currently not getting credit for time served from 12-4-2013 thru 8-8-2014.

Darryl Malloy 57989-037

Darryl Malloy 57989-037
FCI Forrest City low
P.O. Box 9000
Forrest City, AR 72336

Court clerk / Honorable Judge Ellen L. Hollander
U.S. District court
101 West Lombard St.
Baltimore, MD 21201

